UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANG CAPITAL PARTNERS, LP,<br><br>    Plaintiff,<br><br>  -against-<br><br>BRC INC.,<br><br>    Defendant. | 22-cv-3476<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff makes the following disclosure:

  Plaintiff Tang Capital Partners, LP has no parent corporation, and no publicly held corporation owns more than 10% of Tang Capital Partners, LP.


Dated: New York, New York
    April 28, 2022

            Respectfully submitted,

            By: /s/ Reed Brodsky
               Reed Brodsky

            GIBSON, DUNN & CRUTCHER LLP
            200 Park Avenue, 47th Floor
            New York, New York 10166
            Telephone:  212.351.4000
            E-mail: rbrodsky@gibsondunn.com

            *Attorneys for Plaintiff Tang Capital Partners, LP*