UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANG CAPITAL PARTNERS, LP<br><br>                    Plaintiff,<br><br>    v.<br><br>BRC INC.,<br><br>                    Defendant. | Case No.: 1:22-cv-03476-RWL<br><br>**ECF Case** |

### DECLARATION OF BYRON PACHECO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

I, Byron Pacheco, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner in the law firm of Kirkland & Ellis LLP and counsel for BRC Inc. ("BRC") in the above-captioned litigation. I am a member of the bar of the State of New York and have been admitted to practice before this Court, among others.

2. I submit this Declaration in Support of the Defendant's Motion to Dismiss Plaintiff's Complaint. I am familiar with the facts set forth herein, based on my personal knowledge, involvement in the proceedings, and review of the materials referenced herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of BRC Inc.'s Amendment No. 1 to Form S-1, filed with the United States Securities and Exchange Commission ("SEC") on the Electronic Data Gathering, Analysis, and Retrieval System ("EDGAR") on April 19, 2022, available at https://www.sec.gov/Archives/edgar/data/0001891101/000110465922047007/tm223264-3_s1a.htm.

4. Attached hereto as **Exhibit 2** is a true and correct copy of BRC Inc.'s Correspondence to the SEC re Registration Statement on Form S-1, filed with the SEC on EDGAR on April 18, 2022, available at https://www.sec.gov/Archives/edgar/data/0001891101/000110465922047008/filename1.htm.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Notice of Effectiveness, filed with the SEC on EDGAR on May 4, 2022, available at https://www.sec.gov/Archives/edgar/data/0001891101/999999999522001311/xslEFFECTX01/primary_doc.xml.

Dated: New York, New York  
July 29, 2022

/s/ *Byron Pacheco*  
Byron Pacheco  
Kirkland & Ellis LLP  
601 Lexington Avenue  
New York, NY 10022  
Telephone: (212) 446-4800  
byron.pacheco@kirkland.com