USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANG CAPITAL PARTNERS, LP.,                          :
                                                     :            22-CV-3476 (RWL)
                                   Plaintiff,         :
                                                     :            **ORDER**
                   - against -                        :
                                                     :
BRC Inc.,                                            :
                                   Defendant.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court having reviewed the parties' correspondence concerning BRC's document custodians, and having considered relevance and proportionality, it is hereby ordered that Defendant shall include as custodians Mr. Hafer and Mr. Davin but need not include Mr. Best.   If further discovery reveals that Mr. Best has uniquely relevant material, Plaintiff may renew its request with respect to him.  Plaintiff's request to file a reply is denied as moot.

This resolves the motions at Dkt. 39 and 41.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     November 15, 2022
           New York, New York