April 20, 2023

**Via ECF**

The Honorable Robert W. Lehrburger, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18D
New York, NY 10007

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 4/21/2023                │
└─────────────────────────────────────┘
```

Re:     *Tang Capital Partners, LP v. BRC Inc.*, No. 22-cv-3476 (RWL)
         **Joint Letter Requesting Extension of Discovery Schedule**

Dear Judge Lehrburger:

The parties in the above-captioned action respectfully submit this joint letter to request an an extension of the April 28, 2023 deadlines for the completion of all fact discovery and fact witness depositions, as well as all other subsequent discovery deadlines listed in the Amended Scheduling Order (ECF No. 44).  The parties have requested one prior extension of the case scheduling deadlines, which the Court granted.  (*Id.*)  The parties have conferred and submit that good cause exists for the requested discovery extension.

*Status of Discovery*.  In accordance with the operative scheduling order (ECF No. 44), the deadline for the completion of all fact discovery is April 28, 2023.  Although both parties have made document productions to date, there have been additional discovery requests, and certain discovery disputes which the parties are meeting and conferring about in hopes of reaching a resolution.  As a result, document discovery remains ongoing and will not be completed by the current deadline.  The parties have noticed depositions but agreed to stay those deposition notices pending the completion of document production and a meet-and-confer regarding deposition scheduling.

*Proposed Schedule*.  The parties seek an extension of the discovery schedule as set forth in this table:

| Event | Current Deadline (ECF No. 44) | Proposed Deadline |
|---|---|---|
| Complete document productions and written fact discovery.[1] | 04/28/2023 | 05/12/2023 |
| Complete third-party document discovery. | 04/28/2023 | 05/31/2023 |
| Complete fact witness depositions. | 04/28/2023 | 07/14/2023 |
| Meet and confer on an expert discovery schedule.[2] | 03/21/2023 | 07/10/2023 |

---

[1]   The parties reserve the right to seek additional documents that come to light during fact witness depositions.

[2]   The operative scheduling order (ECF No. 44) requires the completion of expert discovery on or before July 21, 2023.  In light of the revised proposed schedule above, the parties intend to meet and confer regarding the expert

The Honorable Robert W. Lehrburger, U.S.M.J.
April 20, 2023
Page 2

        We thank the Court for its consideration.

                                               Respectfully submitted,

By:  /s/ *Reed Brodsky*
     Reed Brodsky
     David Salant
     Andrew Freire

     GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
     New York, NY 10166
     Tel: (212) 351-3917

     *Counsel for Plaintiff Tang*
     *Capital Partners, LP*

By:  /s/ *Stefan Atkinson*
     Stefan Atkinson, P.C.
     Byron Pacheco
     Jacob M. Rae
     Amal El Bakhar
     Jace A. Cearley

     KIRKLAND & ELLIS LLP
     601 Lexington Avenue
     New York, NY 10022
     Tel: (212) 446-4800

     *Counsel for Defendant BRC Inc.*

Granted.

SO ORDERED:

4/21/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

---

discovery schedule and a revised date for the completion of expert discovery.