```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TANG CAPITAL PARTNERS, LP.,                         :
                                                    :     22-CV-3476 (RWL)
                          Plaintiff,                :
                                                    :     ORDER
            - against -                             :
                                                    :
BRC Inc.,                                           :
                                                    :
                          Defendant.                :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter motion at Dkt. 65/66 concerning Defendant BRC's privilege claims. The application is denied without prejudice as premature (*see* BRC's response at Dkt. 68). If further meeting and conferring and revisions by BRC to its log do not resolve all privilege issues, Plaintiff may then renew its application addressing only the remaining issues.

The Clerk of Court is requested to terminate the letter motions at Dkts. 65 and 66.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 13, 2023
         New York, New York