```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANG CAPITAL PARTNERS, LP.,

                    Plaintiff,

      - against -

BRC Inc.,

                    Defendant.
------------------------------------------------------------X

22-CV-3476 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By November 22, 2023, Defendant BRC shall submit for in camera review the 64 documents that are the subject of the parties' dispute about BRC's claims of attorney-client privilege. BRC may make the documents available electronically by email to chambers providing the requisite instructions for access.

SO ORDERED.

11/20/2023

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    November 20, 2023
            New York, New York