```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TANG CAPITAL PARTNERS, LP.,                  :
                                             :           22-CV-3476 (RWL)
                     Plaintiff,              :
                                             :           **ORDER**
        - against -                          :
                                             :
BRC Inc.,                                    :
                                             :
                     Defendant.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   This order resolves the parties' dispute concerning Tang's request to depose a BRC corporate representative pursuant to Fed. R. Civ. P. 30(b)(6).  (See Dkt. 131, 132.) The Court agrees that Tang could have asked earlier in December to reserve a date for the BRC witness in the event Tang made the decision it needed to take the deposition. But as reflected in BRC's letter (Dkt. 132), as recently as December 1, 2023, BRC recognized that BRC would be designating a 30(b)(6) witness.  And, despite Tang's apparent obstinance to an extension of discovery when asked by BRC in November, the Court finds, in its discretion, that Tang should be able to proceed with the deposition. Accordingly, Tang's request is granted to the extent it may depose a BRC 30(b)(6) witness.  The deposition shall take place at the earliest mutually convenient date.

   The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 131.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

1

Dated:   January 12, 2024
         New York, New York