GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

David Salant
Direct: +1 212.351.2486
Fax: +1 212.817.9586
DSalant@gibsondunn.com

June 24, 2024

VIA ECF

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St, Courtroom 18D
New York, NY 10007

Re: *Tang Capital Partners, LP v. BRC Inc.*, No. 22 Civ. 3476 (RWL)

Dear Judge Lehrburger:

On behalf of Plaintiff Tang Capital Partners, LP ("Tang Capital"), and pursuant to Rule B.6 of the Appendix to the Court's Individual Practices in Civil Cases, we respectfully submit this letter following the Court's recent orders concerning the unsealing and redaction of documents filed on this docket. *See* ECF Nos. 200, 201, 203.

*First*, Tang Capital respectfully submits as **Exhibits 1 to 24** public redacted versions of 24 documents Tang Capital filed provisionally under seal in whole or in part, applying redactions Defendant BRC sought on June 14, 2024 and the Court allowed on June 17. *See* ECF No. 199 & Exs. 1–24 (BRC's letter-motion to seal, attaching 24 proposed redacted documents); ECF No. 201 (order allowing BRC's proposed redactions).

*Second*, turning to Tang Capital's briefing papers, the four items docketed at ECF Nos. 144-1, 149, 174, and 187 no longer quote sealed materials and therefore may be fully unsealed.

*Third*, Tang Capital respectfully submits as **Exhibits 25 to 27** revised public versions of the balance of its briefing papers, redacted to match the redactions the parties have sought and the Court has allowed.[1] We thank the Court for its consideration.

Respectfully Submitted,

*/s/ David Salant*
David Salant

[1] As Tang Capital noted in its sealing motion, the third party Citibank informed Ford O'Brien Landy LLP, which represents Tang Capital in connection with its subpoena to Citibank in this action, that the five Citibank-produced documents filed in the briefing and all quotations thereof should remain fully sealed. *See* ECF No. 193 at 1 n.1. Therefore, Tang Capital has redacted quotations of the Citibank-produced documents in its briefing.