UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TANG CAPITAL PARTNERS, LP.,          :
                                     :      22-CV-3476 (RWL)
                  Plaintiff,         :
                                     :      **ORDER**
      - against -                    :
                                     :
BRC Inc.,                            :
                                     :
                  Defendant.         :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having considered the parties' proposed scheduling of trial at Dkt. 218, the Court orders as follows:

1. Trial will begin on Tuesday **July 22, 2025** at 9:30 a.m.

2. A final pre-trial conference will be held on **June 25, 2025** at 10:00 a.m.

3. The parties shall file the Pre-Trial Order and accompanying materials by **April 22, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   December 23, 2024
         New York, New York