```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANG CAPITAL PARTNERS, LP,                       :
                                                 :
                              Plaintiff,         :      22-CV-3476 (RWL)
                                                 :
            - against -                          :
                                                 :      ORDER
BRC INC.,                                        :
                                                 :
                              Defendant.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed (among many other issues) at the pretrial conference held on June 25, 2025:

1. The parties shall meet and confer and by **July 8, 2025**, shall file revised exhibit and witness lists, with any remaining objections and short response to objections noted for the Court's consideration. At that time, the parties shall also submit to the Court electronically copies of all listed exhibits, whether or not objected to.

2. The parties shall meet and confer and by **July 15, 2025**, shall file the proposed Glossary of terms and names for use by the court reporter and jury.

3. BRC's request at Dkt. 247 to go first in order of proof at trial is denied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 25, 2025
         New York, New York

Copies transmitted this date to all counsel of record.